UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

166-801

| | |
|---|---|
| LUIS NIEVES FALCÓN<br><br>Plaintiff<br><br>V.<br><br>KMART CORPORATION; JOHN DOE, ABC INSURANCE CO.<br><br>Defendants | CIVIL NO.  13-1361  (CCC) |

**MOTION TO ENABLE VIEWING RESTRICTIONS FOR MOTION AT DOCKET 25**

TO THE HONORABLE COURT:

COMES NOW Kmart Corporation, through the undersigned attorney, and respectfully states, alleges and prays as follows:

1. On May 6, 2014, the appearing party filed a motion for judicial deposit, and made reference to the terms of the settlement between the parties. See docket 25.

2. The appearing party filed the motion for judicial deposit without any viewing restrictions. However, since the terms of the settlement were to remain confidential, the appearing party respectfully requests that the viewing restriction be set to "parties".

WHEREFORE, it is respectfully requested that this Honorable Court enable viewing restrictions to the motion for judicial deposit at docket 25, and that the document be restricted to the parties.

In San Juan, Puerto Rico, this 8th day of May, 2014.

I HEREBY CERTIFY that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such

filing to the following:  Dennis A. Simonpietri, Esq., dennis.simonpietri@gmail.com, and Ana María Hernández Martí, Esq., amhm.law@gmail.com, 16-A Regina Medina Street, Santa Paula, Guaynabo, PR  00969,

    Respectfully submitted,

**S/FRANCISCO E. COLON-RAMIREZ**
FRANCISCO E. COLON-RAMIREZ
BAR NO.: 210510
E-mail: fecolon@colonlaw.com

**S/ MARGARITA ROSADO-TOLEDO**
    Margarita Rosado-Toledo
Bar Number: 202003
E-mail: mrosado@colonlaw.com

Attorneys for "Kmart Corporation"
**COLÓN & COLÓN, P.S.C.**
Mailing:  PO Box 9023355
  San Juan, PR 00902-3355
Street:   173 O'Neill Street
      San Juan, PR 00918-2404
Tel.: (787) 758-6060 ext. 222, 230
Fax: (787) 753-1656